THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* MERCER HICKS CORPORATION et al., Defendants. GEORGE C. KIMBER et al., as Trustees under the Will of ANNE A. KIMBER, Deceased, Interveners, Appellants; DANIEL J. RIESNER, as Receiver of MERCER HICKS CORPORATION, Respondent.

Submitted October 5, 1953; decided October 6, 1953.

*Menahem Stim, Joseph D. Stim* and *Nathaniel L. Goldstein, Attorney-General* (*Abe Wagman* of counsel), for motions.

*Zola A. Aronson, John J. Meehan* and *Howard Weinberger* opposed.

Motions granted and appeal dismissed upon the ground that the appeal does not lie under subdivision 4 of section 588 of the Civil Practice Act.